# Court of Appeals
# of the State of Georgia

ATLANTA,   November 23, 2015

*The Court of Appeals hereby passes the following order:*

**A16I0059.  HARRELL WILKERSON, JR., et al. v. LARRY WELLS et al.**

Harrell Wilkerson, Jr. seeks interlocutory review of the trial court's order granting defendant Larry Wells's motion for summary judgment in this medical malpractice action.  Wells filed a motion to dismiss, which the trial court converted to a summary judgment because it considered matters outside of the pleadings to rule on the motion, as is evident from the order.  See *Ford v. Caffrey*, 293 Ga. App. 269, 270 (666 SE2d 623) (2008).

"This Court will grant a timely application for interlocutory review if the order complained of is subject to direct appeal and the applicants have not otherwise filed a notice of appeal."  *Spivey v. Hembree*, 268 Ga. App. 485, 486 n.1 (602 SE2d 246) (2004).  Because a grant of summary judgment is directly appealable, even if it does not resolve the case as to all outstanding claims, Wilkerson's interlocutory application is hereby GRANTED.  See OCGA § 9-11-56 (h) ("An order granting summary judgment on any issue or as to any party shall be subject to review by appeal.").  Wilkerson shall have ten days from the date of this order to file a notice of appeal in the trial court.  If, however, a notice of appeal has already been filed, a second notice need not be filed.  The clerk of the trial court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*

    *Clerk's Office, Atlanta,*___11/23/2015___

    *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

_____ *, Clerk.*